IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICHARD GIBSON and ROBERTO MANZO,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>CENDYN GROUP, LLC, et al.,<br><br>Defendants-Appellees. | No. 24-3576 |

**UNOPPOSED MOTION OF THE UNITED STATES FOR A 21-DAY EXTENSION OF TIME TO FILE A BRIEF AS AMICUS CURIAE**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 29(a)(6) and Ninth Circuit Rule 31-2.2(b), the United States respectfully requests a 21-day extension of time within which to file a brief as amicus curiae, if such a filing is authorized by the Solicitor General of the United States. *See* 28 C.F.R. § 0.20(c). The deadline for a brief in support of Plaintiffs-Appellants or in support of neither party is October 3, 2024. The requested extension would move that deadline to October 24, 2024.

There is good cause and substantial need for the requested extension, as the United States requires additional time to consider the potentially complex

1

and important questions of federal antitrust law presented in this case. The United States enforces the federal antitrust laws and has a strong interest in their correct application. Below, the district court dismissed Plaintiffs-Appellants' claims of unlawful agreements to use certain pricing algorithms under Section 1 of the Sherman Act. The United States has a particular interest in ensuring that the analysis of such claims is rooted in a sound interpretation of the law. Any amicus brief also must be authorized by the Solicitor General. *See* 28 C.F.R. § 0.20(c).

Counsel for Plaintiffs-Appellants Richard Gibson and Roberto Manzo and counsel for Defendants-Appellees Cendyn Group, LLC, et al. do not oppose the requested extension. If the United States decides not to participate as amicus curiae, it will promptly inform this Court and the parties.

## CONCLUSION

For the foregoing reasons and for the reasons stated in the accompanying declaration, this Court should grant the United States a 21-day extension of time, to and including October 24, 2024, in which to file a brief as amicus curiae, if the Solicitor General authorizes such a filing.

Respectfully submitted,

 /s/ Spencer D. Smith

SPENCER D. SMITH
  *Attorney*

U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001
(202) 227-6213
spencer.smith@usdoj.gov

*Counsel for the United States*

September 25, 2024

## DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE AMICUS CURIAE BRIEF

I, Spencer D. Smith, declare as follows:

1. The United States requests an extension of time to file a brief as amicus curiae, if the Solicitor General authorizes such a filing.

2. A brief in support of Plaintiffs-Appellants or in support of neither party is currently due October 3, 2024.

3. A brief in support of Plaintiffs-Appellants or in support of neither party was first due September 3, 2024.

4. The United States requests a 21-day extension of time, to and including October 24, 2024.

5. An extension of time is necessary for the United States to consider the potentially complex and important questions of federal antitrust law presented in this case and to determine whether an amicus brief is warranted.

6. I have exercised diligence and will file the brief within the time requested, if the Solicitor General authorizes such a filing.

7. No party separately represented objects to this request.

8. To my knowledge, the court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                                 /s/ Spencer D. Smith

                                                 Spencer D. Smith
                                                 *Counsel for the United States*

September 25, 2024

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 307 words, excluding the parts of a motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in Microsoft Office Word using 14-point New Century Schoolbook font.

      /s/ Spencer D. Smith

Spencer D. Smith
*Counsel for the United States*

September 25, 2024

## CERTIFICATE OF SERVICE

On September 25, 2024, I caused the foregoing to be filed through this Court's Appellate Case Management System, which will serve a notice of electronic filing on all registered users, including counsel of record for all parties.

    /s/ Spencer D. Smith

Spencer D. Smith
*Counsel for the United States*

September 25, 2024