# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-3576

**Case Name** Gibson, et al. v. Cendyn Group, LLC, et al.

**Hearing Location** (*city*) San Francisco

**Your Name** Boris Bershteyn

List the sitting dates for the two sitting months you were asked to review:

May 12-16, May 19-23, June 2-6, June 9-13

Do you have an unresolvable conflict on any of the above dates? ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Counsel for appellees are unavailable May 13-15 and June 11-13 due to previously scheduled conflicting commitments related to hearings in other cases.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Boris Bershteyn     **Date** 1/28/2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                 *New 12/01/2018*