IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICHARD GIBSON and ROBERTO MANZO,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>CENDYN GROUP, LLC, et al.,<br><br>Defendants-Appellees. | No. 24-3576 |

**UNOPPOSED MOTION OF THE UNITED STATES FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT AND FOR FIVE MINUTES OF ARGUMENT TIME**

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), the United States respectfully moves for leave to participate in oral argument as amicus curiae in support of plaintiffs-appellants. The Court has set argument for May 12, 2025, and allocated fifteen (15) minutes of argument time to each side. The United States respectfully requests five (5) minutes from the time allocated to plaintiffs-appellants. Plaintiffs-appellants consent to this motion; defendants-appellees take no position on it.

The United States believes that its participation at oral argument would be helpful to the Court. The United States enforces the federal antitrust laws

1

and has a strong interest in their correct interpretation. In this case, the United States filed an amicus brief in support of plaintiffs-appellants, offering the government's view of the correct legal framework for analyzing algorithmic price-fixing claims under Section 1 of the Sherman Act. The brief argued that the district court erred in dismissing plaintiffs' claim of an unlawful set of vertical agreements between Cendyn Group and the casino hotels (Count 2) because the court misconstrued the statutory phrase, "in restraint of trade," 15 U.S.C. § 1, by reducing it to whether the challenged agreements eliminated all pricing discretion. If left uncorrected, that legal error could adversely affect antitrust enforcement well beyond the instant context.[1]

This Court routinely grants the United States leave to participate in oral argument in antitrust cases. *See, e.g.*, Order, *Real Estate Exchange Inc. v. Zillow Group, Inc.*, No. 24-685 (9th Cir. Jan. 31, 2025), Dkt. 102; Order, *Epic Games, Inc. v. Google LLC*, No. 24-6274 (9th Cir. Jan. 17, 2025), Dkt. 175; Order, *The PLS.com LLC v. NAR*, No. 21-55164 (9th Cir. Nov. 30, 2021), Dkt. 73; Order,

---

[1] The United States also argued that the district court erred in dismissing plaintiffs' claim of an unlawful horizontal agreement among the hotels (Count 1) to the extent the court's decision turned on a legal distinction between an agreement on starting-point prices and an agreement on final prices. Plaintiffs, in their reply brief, abandoned any horizontal claim. *See* Reply Br. 32.

Order, *SolarCity Corp. v. Salt River Project Improvement & Power Dist.*, No. 15-17302 (9th Cir. Sept. 28, 2016), Dkt. 78.

The United States thus respectfully requests that it be granted leave to participate in oral argument with an allotment of five (5) minutes of time.

Respectfully submitted,

 /s/ Spencer D. Smith

SPENCER D. SMITH
  *Attorney*

U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001
(202) 227-6213
spencer.smith@usdoj.gov

*Counsel for the United States*

April 21, 2025

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 404 words, excluding the parts of a motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in Microsoft Office Word using 14-point New Century Schoolbook font.

                                                  /s/ Spencer D. Smith

                                                  Spencer D. Smith
                                                  *Counsel for the United States*

April 21, 2025

# CERTIFICATE OF SERVICE

On April 21, 2025, I caused the foregoing to be filed through this Court's Appellate Case Management System, which will serve a notice of electronic filing on all registered users, including counsel of record for all parties.

                                                   /s/ Spencer D. Smith

                                                   Spencer D. Smith
                                                   *Counsel for the United States*

April 21, 2025