

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD GIBSON and ROBERTO MANZO, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CENDYN GROUP, LLC; et al., <br><br> Defendants - Appellees. | No. 24-3576 <br><br> D.C. No. 2:23-cv-00140-MMD-DJA <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

Before: BEA and DE ALBA, Circuit Judges, and BROWN, District Judge.*

Appellees are ordered to file a response to Appellants' petition for rehearing en banc (Dkt. No. 82) within 21 days of the date of this order. The response shall not exceed 15 pages in length unless it complies with the alternative length limitation of 4,200 words. 9th Cir. R. 40-1.

---

\*   The Honorable Jeffrey Vincent Brown, United States District Judge for the Southern District of Texas, sitting by designation.